FILED '09 MAY 13 07:46 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TOBY KEVIN MULHOLLAND,  )
                        )
         Petitioner,    )
                        )  Civil No. 08-1079-TC
    v.                  )
                        )  ORDER
G. THOMAS,              )
                        )
         Respondent.    )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on April 8, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#2) is denied. This proceeding is dismissed.

DATED this 12th day of May, 2009.

_____
Michael C. Hogan
United States District Judge

2 - ORDER